**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

JAN 23 2026

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEAN ALLEN STEEVES, On Behalf of
Brothers Keeper Ministries,

        Plaintiff - Appellant,

  v.

UNITED STATES GOVERNMENT,

        Defendant - Appellee.

No. 24-2935

D.C. No. 3:24-cv-00201-TWR-MSB

MEMORANDUM*

Appeal from the United States District Court
for the Southern District of California
Todd W. Robinson, District Judge, Presiding

Submitted January 22, 2026**

Before:    WARDLAW, CLIFTON, and R. NELSON, Circuit Judges.

Dean Allen Steeves appeals pro se from the district court's order dismissing

for failure to comply with a local rule his action seeking to quash an Internal

Revenue Service summons. We have jurisdiction under 28 U.S.C. § 1291. We

---

    \*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    \*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review de novo questions of our own jurisdiction. *Hunt v. Imperial Merch. Servs., Inc.*, 560 F.3d 1137, 1140 (9th Cir. 2009). We dismiss the appeal as moot.

Steeves's appeal is moot because the IRS has withdrawn the summons at issue. *See Holloway v. United States*, 789 F.2d 1372, 1373 (9th Cir. 1986) ("[A]n appeal will be dismissed as moot when events occur which prevent the appellate court from granting any effective relief even if the dispute is decided in favor of the appellant." (citation and internal quotation marks omitted)).

Steeves's request to vacate the underlying judgment is denied because Steeves failed to establish grounds for relief. *See U.S. Bancorp Mortg. Co. v. Bonner Mall Partn.*, 513 U.S. 18, 26 (1994) (explaining that the party seeking vacatur has the burden to demonstrate equitable entitlement to the "extraordinary remedy").

**DISMISSED.**